IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-338

AMBER FUDELLA, )
                  Plaintiff, )
v. ) ORDER
)
PAYLOCITY CORPORATION, )
                  Defendant. )

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Brian Mead,** filed July 23, 2018 [doc. # 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Mead is admitted to appear before this court *pro hac vice* on behalf of Defendant, Paylocity Corporation.

**IT IS SO ORDERED.**　　　　　Signed: July 25, 2018

*[Signature]*

Graham C. Mullen
United States District Judge